

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00493-CV

Travis **MENDIOLA**, Jr. and Brenda Mendiola,
Appellants

v.

Travis **MENDIOLA**, Sr.,
Appellee

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. 15-04-0196-CVW
Honorable Russell Wilson, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
              Karen Angelini, Justice
              Irene Rios, Justice

Delivered and Filed: December 12, 2018

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1); *Caballero v. Heart of Tex. Pizza, LLC*, 70 S.W.3d 180, 181 (Tex. App.—San Antonio 2001, no pet.).

PER CURIAM